BYRD *v.* MCDONALD, JUDGE OF MARION CRIMINAL COURT.
[No. O-476. Filed June 10, 1957.]

*Lucious Byrd, pro se.*

PER CURIAM.—Petitioner, by his verified petition, seeks an alternative writ of mandamus directed to the Respondent. The petition fails to set out or make exhibits thereto certified copies of all pleadings, orders and entries pertaining to the subject matter as required by Rule 2-35, so it is fatally defective.

Petition denied.

NOTE.—Reported in 142 N. E. 2d 920.